DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| 282P16 | Jeremy Bruns and Jenny Bruns v. Rhonda Bryant, Dalton Bryant, Sr., Dalton Bryant, Jr., Pat McCrory, as Governor of North Carolina, Frank Perry, as Secretary of the North Carolina Department of Public Safety, Anthony Tata, as Secretary of the North Carolina Department of Transportation, Veronica McClain, USAA, and State of North Carolina | 1. Plts' *Pro Se* PDR Prior to a Determination of COA (COA16-699)<br><br>2. Plts' *Pro Se* Petition for *Writ of Mandamus* | 1. Denied **08/18/2016**<br><br>2. Denied **08/18/2016** |
|---|---|---|---|
| 287P16 | State v. Arvin Roscoe Hayes | 1. State's Motion for Temporary Stay (COA16-207)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/05/2016**<br><br>2.<br><br>3. |
| 289P15 | United Community Bank (Georgia) v. Thomas L. Wolfe and Barbara J. Wolfe, Trustees of the Thomas L. Wolfe and Barbara J. Wolfe Irrevocable Trust, Thomas L. Wolfe, individually and Barbara J. Wolfe, individually | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-1309) | Allowed |
| 290P16 | Michael Eugene Hunt v. Mr. Frank L. Perry, Secretary of N.C. Department of Public Safety | Petitioner's *Pro Se* Motion for PDR (COAP16-493) | Denied **08/12/2016** |
| 291P16 | State v. John Frede Sabbaghrabaiotti | 1. State's Motion for Temporary Stay (COA15-1028)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/10/2016**<br><br>2.<br><br>3. |